**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

NICHOLAS CASTILLO, *et al.*,

                           Plaintiffs,

          -against-

ROMAN ISAKOV, *et al.*,

                         Defendants.
-----------------------------------------------------------------X

**22 Civ. No. 6888 (LJL) (GS)**

**ORDER SCHEDULING**
**INQUEST HEARING**

**GARY STEIN, United States Magistrate Judge:**

An Inquest Hearing in this matter is scheduled for **Tuesday, October 29, 2024 at 10:00**

**a.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
            August 14, 2024

                                     _____
                                     The Honorable Gary Stein
                                     United States Magistrate Judge