```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
NICHOLAS CASTILLO, ARMANDO HERRERA, and                            :
SHERIDDAN VASQUEZ,                                                 :
                                                                   :
                        Plaintiff,                                 :    22-cv-6888 (LJL)
                                                                   :
            -v-                                                    :    ORDER
                                                                   :
ROMAN ISAKOV, DAVID ABRAMOV, VISION                                :
CELLULAR INC., and ST. NICHOLAS MOBILE OF                          :
NY INC,                                                            :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   As a clarification to the order at Dkt. No. 45, prejudgment interest shall be calculated as follows, in accordance with Magistrate Judge Stein's Report and Recommendation. *See* Dkt. No. 44 at 35–37.

   As to Plaintiff Castillo, pre-judgment interest shall be awarded on the unpaid wages amount of $1,890, equivalent to "a daily rate of $0.47 from March 14, 2021 through the date of judgment." *Id.* at 36 & n.29. As to Plaintiff Herrera, pre-judgment interest shall be awarded on the unpaid wages amount of $3,215, equivalent to "a daily rate of $0.79 from September 9, 2021 through the date of judgment." *Id.* at 37 & n.30. As to Plaintiff Vasquez, pre-judgment interest shall be awarded on the unpaid wages amount of $8,370, equivalent to "a daily rate of $2.06 from July 10, 2021 through the date of judgment." *Id.* at 37 & n.31.

   SO ORDERED.

Dated: January 15, 2025
       New York, New York                           _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge