UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NICHOLAS CASTILLO, ARMANDO HERRERA,
and SHERIDDAN VASQUEZ

                        Plaintiffs,

     -against-                                  22 **CIVIL** 6888 (LJL)

                                                   **JUDGMENT**

ROMAN ISAKOV, DAVID ABRAMOV, VISION
CELLULAR INC., and ST. NICHOLAS MOBILE
OF NY INC.,

                        Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 14, 2025, and the Court's Order dated January 15, 2025 clarifying the Order of January 14, 2025, the Report and Recommendation is ADOPTED in its entirety and AWARDS Plaintiffs damages in the amounts of: (1) Castillo be awarded: a. $1,890 in compensatory damages; b. $1,890 in liquidated damages; c. $5,200 in statutory damages; d. $25,000 in emotional distress damages; e. $15,000 in punitive damages; f. pre-judgment interest at the daily rate of $.047 on the unpaid wages of $1,890 from March 14, 2021 for a total number of days equaling to 1404 days, for a total interest amount of $659.88; and g. post-judgment interest at the statutory rate. (2) Herrera be awarded: a. $3,215 in compensatory damages; b. $3,215 in liquidated damages; c. $7,100 in statutory damages; d. pre-judgment interest at the daily rate of $.079 on the unpaid wages of $3,215 from September 09, 2021 for a total number of days equaling to 1225 days, for a total interest amount of $967.75; and e. post-judgment interest at the statutory rate. (3) Vasquez be awarded: a. $8,370 in compensatory damages; b. $8,370 in liquidated damages; c. $10,000 in statutory damages; d. pre-judgment interest at the daily rate of

$2.06 on the unpaid wages of $8,370 from July 10, 2021 for a total number of days equaling to 1286 days, for a total interest amount of $2,649.16; and e. post-judgment interest at the statutory rate. (4) Plaintiffs be awarded $12,250 in attorney's fees. (5) Plaintiffs be awarded $402 in costs. Accordingly, the case is closed.

**Dated:**  New York, New York

       January 15, 2025

                                  **TAMMI M. HELLWIG**
                                  **Clerk of Court**

                **BY:** _____
                                  **Deputy Clerk**